**[J-78-2020] [MO: Donohue, J.]**

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| PENNSYLVANIA ENVIRONMENTAL DEFENSE FOUNDATION, | : | No. 64 MAP 2019 |
| | : | |
| | : | Appeal from the Order of the |
| Appellant | : | Commonwealth Court dated July 29, |
| | : | 2019 at No. 228 MD 2012. |
| | : | |
| v. | : | ARGUED:  September 17, 2020 |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| AND GOVERNOR OF PENNSYLVANIA, | : | |
| TOM WOLF, IN HIS OFFICIAL CAPACITY | : | |
| AS GOVERNOR, | : | |
| | : | |
| Appellees | : | |

**CONCURRING AND DISSENTING OPINION**

**JUSTICE MUNDY**                                              **DECIDED:  July 21, 2021**

I join the Majority Opinion in its analysis of the characterization of bonus payments, rental payments and late fees as income.  As for the Majority's analysis of Article I section 27, I respectfully dissent as my view aligns more closely to the analysis set forth by the Commonwealth Court.